## OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

## Matthew E. JACKSON, Jr., Respondent.

### No. 372 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Nov. 13, 1997.

### ORDER

PER CURIAM:

AND NOW, this 13th day of November, 1997, upon consideration of the Report and Recommendations of the Disciplinary Board dated September 11, 1997, it is hereby

ORDERED that MATTHEW E. JACKSON, JR., be subjected to PUBLIC CENSURE by the Supreme Court.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

## In the Matter of Walter V. WALTZ.

### No. 357 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Nov. 13, 1997.

### ORDER

PER CURIAM:

AND NOW, this 13th day of November, 1997, Walter V. Waltz having been disbarred from the practice of law in the State of New Jersey by Order of the Supreme Court of New Jersey dated April 9, 1997; the said Walter V. Waltz having been directed on August 7, 1997, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that Walter V. Waltz is disbarred from the practice of law in this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

## In the Matter of James H. MONTGOMERY, Jr.

### No. 764 Disciplinary Docket No. 2.

Supreme Court of Pennsylvania.

Nov. 21, 1997.

### ORDER

PER CURIAM:

AND NOW, this 21st day of November, 1997, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated September 25, 1997, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.